UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL HENDERSON,

        Plaintiff,

v.

DEPUTY HAMILTON,

        Defendant.

Case No. 16-cv-01090-VC  (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

    On March 3, 2016, Michael Henderson, a state prisoner proceeding *pro se*, filed a civil rights action under 42 U.S.C. § 1983.

    On October 11, 2016, the Court sent Henderson an order granting Defendant's motion for an extension of time. On October 24, 2016, the order was returned to the Court as undeliverable because Henderson was no longer in custody. Additionally, mail sent to Henderson was returned to the Court as undeliverable on November 15 and November 22, 2016.

    Pursuant to Northern District Local Rule 3-11, a party proceeding *pro se* whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. *See* Civil L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the *pro se* party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the *pro se* party indicating a current address. *See* Civil L.R. 3-11(b).

    More than sixty days have passed since the mail sent to Henderson by the Court was returned as undeliverable and the Court has not received a notice from Henderson of his current

address.  Accordingly, the instant complaint is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.  All pending motions are terminated.

**IT IS SO ORDERED.**

Dated:   February 28, 2017

_____
VINCE CHHABRIA
United States District Judge